United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-10716
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHELLEY IRENE HERNANDEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
(3:04-CR-13-ALL-K)
--------------------

Before WIENER, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Shelley Irene Hernandez has requested leave to withdraw based on an appeal waiver in Hernandez's plea agreement and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Hernandez has filed a response. Our independent review of the brief, Hernandez's response, and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.